# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| Walker T. Sigler )<br>*Plaintiff* )<br>v. )<br>Edward George Ferron, Jr., et al. )<br>*Defendant* ) | Case No. 6:19cv39 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Savannah L. M. Simmons

Date: 06/25/2019

*Attorney's signature*

Jim H. Guynn, Jr., Esq. (#22299)
*Printed name and bar number*

Guynn, Waddell, Carroll & Lockby, P.C.
415 S. College Avenue
Salem, VA 24153

*Address*

jimg@guynnwaddell.com
*E-mail address*

(540) 387-2320
*Telephone number*

(540) 389-2350
*FAX number*