# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| Walker T. Sigler <br> *Plaintiff* <br> v. <br> Edward George Ferron, Jr., et al <br> *Defendant* | Case No. 6:19-CV-00039 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward George Ferron, Jr.

Date: 06/26/2019

*Attorney's signature*

Richard H. Milnor, VSB #14177
*Printed name and bar number*

Zunka, Milnor & Carter, Ltd.
414 Park Street
Charlottesville, VA 22902

*Address*

rmilnor@zmc-law.com
*E-mail address*

(434) 977-0191
*Telephone number*

(434) 977-0198
*FAX number*