**UNITED STATES DISTRICT COURT**
Western District of Virginia
**OFFICE OF THE CLERK**
Julia C. Dudley, Clerk

**July 19, 2019**

    Re:    Walker T. Sigler v. Edward George Ferron, Jr., et al; 6:19CR00039

Dear Counsel:

    These cases have been assigned to Chief United States District Judge Michael F. Urbanski.

    I am contacting you for the purpose of setting up a scheduling conference with Judge Urbanski, pursuant to Rule 16(b)(1)(B) of the Federal Rules of Civil Procedure. At this scheduling conference, which will be conducted via conference call, please be prepared to discuss a discovery plan and select a trial date. A pretrial scheduling order will be entered following this conference.

    Currently, Judge Urbanski has the following dates and times available to hold this teleconference:

| | |
|---|---|
| July 22 | 2pm, 2:30pm, 3pm |
| July 23 | 9am, 9:30am, 10am, 3pm, 3:30pm |
| July 26 | 11am, 11:30am |
| August 7 | 1pm |

    Please confer and have one party contact me at kristina@vawd.uscourts.gov with your selection, and I will email everyone the dial in instructions for the call.

                                                            Very truly yours,

                                                           s/ Kristin Ayersman

                                                          Courtroom Deputy
                                                          (kristina@vawd.uscourts.gov or (540) 857-5153)

cc:  All Counsel
      Electronic File