# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**WALKER T. SIGLER**

vs.

**EDWARD GEORGE FERRON, JR., ET AL**

Action No: 6:19CV00039
Date: 8/7/2019
Judge: Michael F. Urbanski, CUSDJ
Court Reporter: none
Deputy Clerk: Kristin Ayersman

Plaintiff Attorney(s)
Gregory Lee Lyons, John Lichtenstein

Defendant Attorney(s)
Richard Milnor, Jim Guynn

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Parties present via teleconference; court located in Roanoke. Lynchburg case.
Pltf counsel addresses the case issues. Dft counsel (Guynn) indicates his side would like to mediate and believes damages need to be addressed quickly. Wishes to proceed with depositions quickly and exchange discovery – asking to get on USMJ Ballou's calendar as soon as possible. Dft counsel (Milnor) agrees.  Pltf counsel agrees with suggestion to mediate. Court will set trial date in 2020 for one week. Court asks parties to craft their own scheduling order re damages discovery leading up to a mediation date, including the trial date.  Parties to send proposed order to court, and to contact Judge Ballou to get mediation date.  Dft counsel (Guynn) asks about referral. Court will handle the referral order to mediation, and refers all non-disp motions to USMJ as well.  Clerk to email template for scheduling order.  Court asks parties to give sufficient time to handle dispositive motions, etc.  Parties select 8/17-8/21/2020 for trial date and will contact Judge Ballou for a mediation date.

Time in Court: 1:04-1:33