IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| WALKER T. SIGLER, | ) | |
| | ) | Civil Action Nos. 6:19CV00039 |
| v. | ) | |
| | ) | |
| EDWARD GEORGE FERRON, | ) | |
| ET AL. | ) | By: Hon. Michael F. Urbanski |
| | ) | Chief United States District Judge |

### ORDER

Upon the request of the parties, it is **ORDERED** and **ADJUDGED** that this case is **REFERRED** to the Honorable Robert S. Ballou, United States Magistrate Judge, for the purposes of mediation. The parties are advised that any information provided during the proceeding shall treated on a confidential basis, and shall not be shared with any other officer of the court.

The Clerk is directed to send certified copies of this Order to all counsel of record and to the Honorable Robert S. Ballou, United States Magistrate Judge, Roanoke, Virginia.

Entered: August 7, 2019.

*s/ Michael F. Urbanski*

Michael F. Urbanski
Chief United States District Judge