CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 6 2020

JULIA C. DUDLEY, CLERK
BY: /s/ A. Scaggs
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| WALKER T. SIGLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 6:19cv39 |
| | ) |
| EDWARD GEORGE FERRON, JR., | ) |
| and | ) |
| SAVANNAH L. M. SIMMONS, | ) |
| | ) By:  Michael F. Urbanski |
| Defendants. | ) Chief United States District Judge |

### ORDER

This day came the parties by counsel and advised the court that the case is resolved and settled and requested dismissal of this case.

Accordingly, it is **ORDERED** that this case be **dismissed with prejudice** with each side to bear its own costs.

Entered: January 15, 2020

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge